FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT
for the
2020 FEB -5 PM 1: 44

District of Massachusetts

U.S. DISTRICT COURT
DISTRICT OF MASS.

Joanna M Snyder and Jennifer Donahue ) Case No. _____
and every inmate presently ) (to be filled in by the Clerk's Office)
incarcerated at MCI Framingahm )
Plaintiff(s) )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, ) Jury Trial: (check one) [x] Yes [ ] No
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
Governor C. Baker    -v- )
Carol Mici- Commissioner )
Christi Ladouceur- Superintendent )
Taylor - Director of Treatment )
Damlon- Director of Security )
Dana Raberov- P.A. )
Grace Mutur- Medical Director )
Defendant(s) )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Joanna M Snyder & Jennifer Donahue |
   | Street Address | P.O. Box 9007 |
   | City and County | Framingham, Middlesex |
   | State and Zip Code | Massachusetts, 01701 |
   | Telephone Number | |
   | E-mail Address | |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

DEFENDANTS Contracted Medical for the DOC

Name    Dana Raberov - P.A.
Physicians Assistant
99 Loring Drive
Middlesex, 01701
Massachusetts, Framingham

Name    Grace Muturi
Director of Medical
99 Loring Drive
framingham, Middlesex
Massachusetts, 01701

Name    Governor C. Baker
Governor
Statehouse room 613
Boston, MA 02133

Defendant No. 1
- Name: Cariol Mici
- Job or Title (if known): Copmmissioner of DOC
- Street Address: 50 Maple St suite 3
- City and County: Milford, O____
- State and Zip Code: Massachusetts, 01757
- Telephone Number: 1-508-422-3385
- E-mail Address (if known):

Defendant No. 2
- Name: Christi Ladouceur
- Job or Title (if known): Superintendant
- Street Address: 99 Loring Dr.
- City and County: Middlesex, 01701
- State and Zip Code: 1-508-532-5100
- Telephone Number: Massachusetts, 01701
- E-mail Address (if known):

Defendant No. 3
- Name: Taylor Maclellan
- Job or Title (if known): Director of Treatment
- Street Address: 99 Loring Drive
- City and County: Framingham, Middlesex
- State and Zip Code: Massachusetts, 01701
- Telephone Number: 1-508-532- 5100
- E-mail Address (if known):

Defendant No. 4
- Name: Damlon, /Brian
- Job or Title (if known): Director of Security
- Street Address: 99 Loring drive
- City and County: Framingham, Middlesex
- State and Zip Code: Massachusetts. 01701
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. The inmates of The DOC. have under MGL C 127 § 129 D A State Created Right to earn good time while incarcerated. This is a Liberty Interest under The USC. Amend IVX, AS well as MGL C 127 § 129 D.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b.  If the defendant is a corporation

The defendant, *(name)* DOC. , is incorporated under the laws of the State of *(name)* Massachusetts , and has its principal place of business in the State of *(name)* Massachusetts .

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Taylor, the newly hired D.O.T. came to the new line unit and stated to the inmates who reside there that they will not be put in a Pathway which is a DOC treatment program to earn good time under MGL 127 § 129D which is a violation of the Uniteed States Constitution Amendment IVX, and Massachusetts Civil Rights. Medical will not Even ask for medications that we came in on. & Access to the Courts is regularly denied, Lexis nexus is down in units & Actual library hours are minimal

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Have the DOC adhere to the law and allow the inmates the ability to earn good time in the amount of 15 days per month as stated in the Sentencing Reform Referendum, adhering to the Constitution an the MGL C 127 § 129D, Actually Review our medical to ascertain proper treatment and open the Law Library adequate hours for Pro Se litigants.

V.   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/30/20

Signature of Plaintiff   *Joanne M Snyder*
Printed Name of Plaintiff   Joanne M Snyder

B.   **For Attorneys**

Date of signing: _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Street Address   _____
State and Zip Code   _____
Telephone Number   _____
E-mail Address   _____