UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-10226-RGS

JOANNA M. SNYDER, et al.

v.

CONTRACTED MEDICAL FOR THE DOC, et al.

ORDER

March 9, 2020

This prisoner civil rights action was initiated on February 5, 2020, by Joanna M. Snyder ("Snyder") and Jennifer Donahue ("Donahue"), both inmates in custody at MCI Framingham. *See* Docket No. 1. At that time, Synder's application to proceed without prepayment of fees was denied without prejudice to refiling with a copy of her prison account statement. *See* Docket No. 4. She has not, as of today, submitted a complete application for *in forma pauperis* status. On March 6, 2020, Donahue forwarded to the court an inmate grievance form dated February 21, 2020, indicating that she had requested but was denied a transfer of $350.00 from her prison account to the court for the payment of the filing fee.

Now before the court is Plaintiffs' motion for appointment of counsel. *See* Docket No. 8. There is no Constitutional right to a free lawyer in a civil

case. *DesRosiers v. Moran*, 949 F.2d 15, 23 (1st Cir. 1991). A court may request an attorney to represent a plaintiff where she "demonstrate[s] that [s]he [is] indigent and that exceptional circumstances [are] present such that a denial of counsel [is] likely to result in fundamental unfairness impinging on h[er] due process rights." *Id.* at 23. Plaintiffs have not established indigent status, nor do the highly generalized allegations in Plaintiffs' Complaint constitute "exceptional circumstances" at this stage.

Accordingly, Plaintiffs' motion (Docket No. 8) for appointment of counsel is <u>DENIED WITHOUT PREJUDICE</u>. If Plaintiffs wish to proceed as parties to this action, they shall, within 21 days of this Order, either pay the $400 filing fee[1] or each file an application to proceed *in forma pauperis* accompanied by a certified copy of her prison account statement. Failure of either party to comply with this directive will result in the dismissal of her claims from this action. The Clerk shall provide each plaintiff with blank Applications to Proceed in District Court Without Prepaying Fees or Costs.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE

---

[1] The applicable fees for instituting a civil action is $400.00 ($50 administration fee and $350 filing fee). *See* Judicial Conference Fee Schedule.