Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT
for the

2020 FEB -5 PM 1: 44

District of Massachusetts

U.S. DISTRICT COURT
DISTRICT OF MASS.

Joanna M Snyder and Jennifer L Donahue ) Case No. _____
and every inmate presently )         (to be filled in by the Clerk's Office)
incarcerated at MCI Framingahm )
        Plaintiff(s)                  )
(Write the full name of each plaintiff who is filing this complaint.   ) Jury Trial: (check one)  [x] Yes  [ ] No
If the names of all the plaintiffs cannot fit in the space above,       )
please write "see attached" in the space and attach an additional       )
page with the full list of names.)                                      )

Governor C. Baker       -v-            )
Carol Mici- Commissioner               )
Christi Ladouceur- Superintendent      )
Maclellan, Taylor - Director of Treatment  )
Damlon- Director of Security           )
Dana Raberov- P.A.                     )
Grace Mutur- Medical Director          )
(Write the full name of each defendant who is being sued. If the        )
names of all the defendants cannot fit in the space above, please       )
write "see attached" in the space and attach an additional page         )
with the full list of names.)                                           )

## COMPLAINT FOR A CIVIL CASE

I.   The Parties to This Complaint

   A.   The Plaintiff(s)

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

        Name              Joanna M Snyder & Jennifer DonahueBTEL
        Street Address    P.O. Box 9007
        City and County   Framingham, Middlesex
        State and Zip Code Massachusetts, 01701
        Telephone Number
        E-mail Address

   B.   The Defendant(s)

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

DEFENDANTS Contracted Medical for the DOC

Name    Dana Raberov - P.A.
           Physicians Assistant
           99 Loring Drive
           Middlesex, 01701
           Massachusetts, Framingham

Name    Grace Muturi
           Director of Medical
           99 Loring Drive
           framingham, Middlesex
           Massachusetts, 01701

Name    Governor C. Baker
           Governor
           Statehouse room 613
           Boston, MA 02133

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

    Name  Cariol Mici
    Job or Title (if known)  Copmmissioner of DOC
    Street Address  50 Maple St suite 3
    City and County  Milford, O...
    State and Zip Code  Massachusetts, 01757
    Telephone Number  1-508-422-3385
    E-mail Address (if known)

Defendant No. 2

    Name  Christi Ladouceur
    Job or Title (if known)  Superintendant
    Street Address  99 Loring Dr.
    City and County  Middlesex, 01701
    State and Zip Code  1-508-532-5100
    Telephone Number  Massachusetts, 01701
    E-mail Address (if known)

Defendant No. 3

    Name  Taylor Maclellan
    Job or Title (if known)  Director of Treatment
    Street Address  99 Loring Drive
    City and County  Framingham, Middlesex
    State and Zip Code  Massachusetts, 01701
    Telephone Number  1-508-532- 5100
    E-mail Address (if known)

Defendant No. 4

    Name  Damlon, Brian
    Job or Title (if known)  Director of Security
    Street Address  99 Loring drive
    City and County  Framingham, Middlesex
    State and Zip Code  Massachusetts. 01701
    Telephone Number
    E-mail Address (if known)

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question   [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. The inmates of the DOC. have Under MGL C 127 § 129 D A State Created Right to earn good time while incarcerated. This is a Liberty Interest Under The USC. Amend IVX, as well as MGL C 127 § 129 D.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, (name) __DOC__, is incorporated under the laws of the State of (name) __Massachusetts__, and has its principal place of business in the State of (name) __Massachusetts__.

Or is incorporated under the laws of (foreign nation) _____,
and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. **The Amount in Controversy**

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Taylor, the newly hired D.O.T. came to the new line unit and stated to the inmates who reside there that they will not be put in a Pathway which is a DOC treatment program to earn good time under MGL 127 § 129D which is a violation of the Uniteed States Constitution Amendment IVX, and Massachusetts Civil Rights. Medical will not even ask for medications that we came in on, & Access to the Courts is regularly denied, Lexis Nexus is down in units & actual library hours are minimal

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Have the DOC adhere to the law and allow the inmates the ability to earn good time in the amount of 15 days per month as stated in the Sentencing Reform Referandum, adhering to the Constitution an the MGL C 127 § 129D, Actually review our medical to ascertain proper treatment and open the Law Library adequate hours for Pro-Se litigants.

Pro-Se (rev. 09/16) Complaint for a Civil Case

---

v.   Certification and closing

Under federal rule of civil procedure 11, by signing below to the best of my knowledge, imformation and belief, that this cimplaint (1) is not being presented for an improper puppose,....(4) the ocmplaint other wise complies with the requirement of Rule 11.

A.   For Parties without an Attorney

I agree to provide the clerks office with any changes to my address where case related papaers may be served. I understand that my failuire to keep a current addresss on file with the clerk may result in dismissal of my case.

Date of signing   2-14-20
Signature of Plaintiff *Jennifer Donahue*       *Joanne M Snyder*
Printed name of plaintiff JENNIFER G. DONAHUE    Joanne M Snyder

Clerk,
   We cannot get copies. Please send us (2) copies of the complaint for our records